Henry Skinner, Livingston, TX, for Plaintiff-Appellant.

Jacqueline Lee Haney, Assistant Attorney General, Austin, TX, for Defendant-Appellee.

Before SMITH, DEMOSS and STEWART, Circuit Judges.

PER CURIAM.*

Texas inmate Henry Watkins "Hank" Skinner, TDCJ No. 999143, moves this court for appointment of counsel. The motion is DENIED. Skinner has appealed the district court's entry of summary judgment on his claim that the defendants have denied him medical care for chronic hepatitis C.** We vacate and remand for further factual development of Skinner's claim that the defendants are merely monitoring his chronic condition, rather than providing medical care consistent with currently-accepted standards.

MOTION FOR COUNSEL DENIED; VACATED AND REMANDED.

**Tony L OWENS, Individually and on Behalf of All Others Similarly Situated, Plaintiff—Appellee,**

v.

**PHILADELPHIA AMERICAN LIFE INSURANCE CO., Defendant— Appellant.**

No. 03–60223.

United States Court of Appeals, Fifth Circuit.

Nov. 13, 2003.

W Howard Gunn, W Howard Gunn & Associates, Aberdeen, MS, for Plaintiff–Appellee.

Stephen J. Carmody, Brunini, Gratham, Grower & Hewes, Jackson, MS, Robert Lee Harris, Shannon, Gracey, Ratliff &

---

Miller, Dallas, TX, for Defendant-Appellant.

Before SMITH, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM.*

This proposed class action was filed in federal court based on diversity jurisdiction. Because both parties concede that the named Plaintiff cannot satisfy the amount in controversy requirement, 28 U.S.C. § 1332(a), and because we have no basis to doubt this, we VACATE the order of certification and REMAND for dismissal for want of jurisdiction.

v.

**Yahya Rashin ELAMIN, also known as Yahya Abdul Lateef, Defendant–Appellant.**

**UNITED STATES of America, Plaintiff–Appellee,**

No. 03–30191.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 14, 2003.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.